POMERANTZ LLP
Ari Y. Basser, State Bar No. 272618
abasser@pomlaw.com
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FOUST, on behalf of herself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>TOYOTA MOTOR CORP., TOYOTA MOTOR NORTH AMERICA, INC., and TOYOTA MOTOR SALES, U.S.A., INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-05414-AB-PVC<br><br><br>**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

- ☑ This action is dismissed by the Plaintiff(s) in its entirety.

- ☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

- ☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

- ☐ **ONLY** Defendant(s) _____ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| July 28, 2021 | /s/ Ari Y. Basser |
| *Date* | *Signature of Attorney/Party* |

NOTE: **F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**